**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **All Cases in Exhibit A** |

**ORDER**

The PPO8 Motions to Dismiss pending in the cases listed in Exhibit A are GRANTED. Accordingly, Defendants Barr Laboratories, Inc., ESI Lederle Inc., Warner Chilcott (US), LLC, Bristol-Myers Squibb Company, Solvay Pharmaceuticals, Inc., Solvay America, Inc., Greenstone

LLC (incorrectly named as Greenstone LLC d/b/a Greenstone Ltd.), Pharmacia & Upjohn Company LLC (incorrectly named as Pharmacia & Upjohn Company Inc. d/b/a Pharmacia & Upjohn Inc.), and Pfizer Inc. are DISMISSED based on the terms and conditions in PPO8.

IT IS SO ORDERED this 22nd day of December, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

4:08-cv-03781-WRW Granato et al v. American Home Products Corporation, et al

4:08-cv-03783-WRW Green et al v. American Home Products Corporation, et al

4:08-cv-03786-WRW Grim et al v. American Home Products Corporation, et al

4:08-cv-03789-WRW Hager v. American Home Products Corporation, et al

4:08-cv-03797-WRW Harman et al v. American Home Products Corporation, et al

4:08-cv-03799-WRW Harris v. American Home Products Corporation, et al

4:08-cv-03800-WRW Harford v. American Home Products Corporation, et al

4:08-cv-03805-WRW Haynes et al v. American Home Products Corporation, et al

4:08-cv-03807-WRW Henson et al v. American Home Products Corporation et al

4:08-cv-03808-WRW Hiner v. American Home Products Corporation, et al

4:08-cv-03809-WRW Settle et al v. American Home Products Corporation, et al

4:08-cv-03810-WRW Hoffman et al v. American Home Products Corporation, et al

4:08-cv-03815-WRW Holstein et al v. American Home Products Corporation, et al

4:08-cv-03831-WRW Hubbard et al v. American Home Products Corporation, et al

4:08-cv-03835-WRW Isaac et al v. American Home Products Corporation, et al

4:08-cv-03836-WRW Jackson v. American Home Products Corporation, et al

4:08-cv-03837-WRW James et al v. American Home Products Corporation, et al

4:08-cv-03838-WRW Jarrell et al v. American Home Products Corporation, et al

4:08-cv-03839-WRW Javins et al v. American Home Products Corporation, et al

4:08-cv-03843-WRW Jeffers et al v. American Home Products Corporation, et al

4:08-cv-03846-WRW Johnson et al v. American Home Products Corporation, et al

4:08-cv-03847-WRW Jordan et al v. American Home Products Corporation, et al

4:08-cv-03850-WRW Kellar v. American Home Products Corporation, et al

4:08-cv-03851-WRW Kelly v. American Home Products Corporation, et al

4:08-cv-03856-WRW King et al v. American Home Products Corporation, et al

4:08-cv-03857-WRW King v. American Home Products Corporation, et al

4:08-cv-03860-WRW Knight et al v. American Home Products Corporation, et al

4:08-cv-03874-WRW Karnes et al v. American Home Products Corporation, et al

4:08-cv-03875-WRW Kassay et al v. American Home Products Corporation, et al

4:08-cv-03876-WRW Layfield et al v. American Home Products Corporation, et al

4:08-cv-03877-WRW Lemasters v. American Home Products Corporation, et al

4:08-cv-03878-WRW Lester-Houston et al v. American Home Products Corporation, et al

4:08-cv-03879-WRW Lester et al v. American Home Products Corporation, et al

4:08-cv-03880-WRW Underwood-Lewis et al v. American Home Products Corporation, et al

4:08-cv-03882-WRW Linkous v. American Home Products Corporation, et al

4:08-cv-03884-WRW Lively et al v. American Home Products Corporation, et al

4:08-cv-03884-WRW Lively et al v. American Home Products Corporation, et al

4:08-cv-03887-WRW Looman v. American Home Products Corporation, et al

4:08-cv-03888-WRW Logan et al v. American Home Products Corporation, et al

4:08-cv-03892-WRW MacKnight et al v. American Home Products Corporation, et al

4:08-cv-03893-WRW Marcum et al v. American Home Products Corporation, et al

4:08-cv-03894-WRW Marshall et al v. American Home Products Corporation, et al

4:08-cv-03898-WRW May v. American Home Products Corporation, et al

4:08-cv-03900-WRW May v. American Home Products Corporation, et al

4:08-cv-03902-WRW Mayle et al v. American Home Products Corporation, et al

4:08-cv-03906-WRW McClure et al v. American Home Products Corporation, et al

4:08-cv-03908-WRW McCormick v. American Home Products Corporation, et al

4:08-cv-03915-WRW McManaman et al v. American Home Products Corporation, et al

4:08-cv-03916-WRW McMillion v. American Home Products Corporation, et al

4:08-cv-03919-WRW Sams v. American Home Products Corporation, et al

4:08-cv-03921-WRW Satterfield v. American Home Products Corporation, et al

4:08-cv-03956-WRW Means et al v. American Home Products Corporation, et al

4:08-cv-03962-WRW Metz et al v. American Home Products Corporation, et al

4:08-cv-03967-WRW Midkiff v. American Home Products Corporation, et al

4:08-cv-03969-WRW Milam et al v. American Home Products Corporation, et al

4:08-cv-03977-WRW Miller et al v. American Home Products Corporation, et al

4:08-cv-03983-WRW Moncrief et al v. American Home Products Corporation, et al

4:08-cv-03987-WRW Monroe et al v. American Home Products Corporation, et al

4:08-cv-03991-WRW Morgan et al v. American Home Products Corporation, et al

4:08-cv-03996-WRW Murphy v. American Home Products Corporation, et al

4:08-cv-04001-WRW Muncy v. American Home Products Corporation, et al

4:08-cv-04031-WRW Nutter v. American Home Products Corporation, et al

4:08-cv-04034-WRW Nutter v. American Home Products Corporation, et al

4:08-cv-04048-WRW Painter et al v. American Home Products Corporation, et al

4:08-cv-04062-WRW Pemberton et al v. American Home Products Corporation, et al

4:08-cv-04065-WRW Pennington et al v. American Home Products Corporation, et al

4:08-cv-04067-WRW Perkins et al v. American Home Products Corporation, et al

4:08-cv-04069-WRW Perrine et al v. American Home Products Corporation, et al

4:08-cv-04080-WRW Perry et al v. American Home Products Corporation, et al

4:08-cv-04085-WRW Pickrell v. American Home Products Corporation, et al

4:08-cv-04088-WRW Porter et al v. American Home Products Corporation, et al

4:08-cv-04097-WRW Rice et al v. American Home Products Corporation, et al

4:08-cv-04099-WRW Roberts et al v. American Home Products Corporation, et al

4:08-cv-04101-WRW Robinson v. American Home Products Corporation, et al

4:08-cv-04102-WRW Robinson v. American Home Products Corporation, et al

4:08-cv-04104-WRW Rogers et al v. American Home Products Corporation, et al